IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HECTOR CORDERO-PEDRAZA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-1153-FB |
| | § | |
| BOBBY THOMPSON, Warden of South Texas Immigration Processing Center; MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DEPARTMENT OF HOMELAND SECURITY, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (ECF No. 2). Petitioner seeks a temporary restraining order to "prevent transfer to another detention center during the pendency of his petition before this court," and to prevent "his removal from the United States while his Petition is before this Court." Motion for TRO, ECF No. 2 at page 4. Because this Court stayed any possible or anticipated removal or transfer of Petitioner Hector Cordero Pedraza and ordered that Respondents not transfer him outside of this judicial district during the pendency of this litigation and until further Order of this Court, in the Order for Service and Further Orders of the Court entered in this case on February 24, 2026 (ECF No. 3 at page 2), IT IS HEREBY ORDERED that Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (ECF No. 2) is DENIED AS MOOT.

It is so ORDERED.

SIGNED this 30th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE